[No. 20386-3-II.    Division Two.    November 21, 1997.]

*In the Matter of the Marriage of* BRENDA EGAN, *Respondent*, and CHARLES R. ARNOLD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-02064-1, Brian M. Tollefson, J., entered January 19, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.

[No. 20601-3-II.    Division Two.    November 21, 1997.]

ROGER HANNUM, *Appellant*, v. KATHERINE BAROS FRIEDT, *as Director*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-00165-2, Wm. Thomas McPhee, J., entered March 25, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Armstrong, J. Now published at 88 Wn. App. 881.

[No. 21002-9-II.    Division Two.    November 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL JOSEPH DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-00310-1, Richard A. Strophy, J., entered July 26, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.

[No. 21622-1-II.    Division Two.    November 21, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. STACEY N. GAROUTTE, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-01107-8, Terry McCluskey, J. Pro Tem., entered January 21, 1997. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.